

# Fourth Court of Appeals
## San Antonio, Texas
February 25, 2014

No. 04-13-00807-CR

Marlo Edmundo **MUJICA**,
Appellant
v.
The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR2756
Honorable Mary D. Roman, Judge Presiding

## O R D E R

The reporter's record was originally due December 30, 2013. The record was not filed so on January 7, 2014, we sent a letter to the reporter, Charles R. Richardson, advising him that the record was late and requiring him to file a notification of late record within ten days of the date of the letter or the record within thirty days of the date of the letter. On January 8, 2014, the reporter filed a notice of late record, requesting an extension of time to file the record to February 10, 2014. We granted the requested extension. On February 12, 2014, the court reporter filed a second notice of late record. This time, the reporter requested eight additional days to file the record, which the court granted. Thus, the reporter's record was due February 20, 2014. As of the date of this order, neither the record nor another notice of late record has been filed.

We therefore **ORDER** court reporter Charles A. Richardson to file the reporter's record in this court **on or before March 31, 2014**, which is ninety days from the original due date.

We further **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court